1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  SARA E. HENDERSON (CABN 329977)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
7      FAX: (415) 436-7234
       Sara.Henderson@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      ) CASE NO. 25-mj-70978-MAG
                                    )
14 |      Plaintiff,                ) **DETENTION ORDER**
                                    )
15 |   v.                           )
                                    )
16 | TYSON AMPIE,                   )
                                    )
17 |      Defendant.                )
                                    )
18

19      On August 8, 2025, defendant Tyson Ampie was charged by criminal complaint in the District of

20 Wyoming, Case Number 2:25-mj-00061-KHR, with one count of conspiracy to methamphetamine, in

21 violation of Title 21 United States Code, Sections 846 and 841(a)(1), (b)(1)(A) and one count of using a

22 communication facility to facilitate a felony drug offense, in violation of Title 21 U.S.C. § 843(b). On

23 August 11, 2025, the defendant was arrested within the Northern District of California pursuant to an

24 arrest warrant issued upon the criminal complaint. On August 12, 2025, the Court held an initial

25 appearance pursuant to Rule 5 of the Federal Rules of Criminal procedure, and on August 13, 2025, held

26 a detention hearing wherein the Court ordered the defendant released on a $25,000 unsecured bond with

27 Pretrial Services supervision and a number of other conditions of release.

28      This matter came before the Court on September 22, 2025, for a detention hearing. The

defendant was present and represented by Assistant Federal Public Defender Ana Botello, and Assistant United States Attorney Sara E. Henderson appeared for the government. Pretrial Services submitted a violation memorandum on September 16, 2025, along with an arrest report from the San Francisco Police Department alleging a violation of federal, state, and/or local law that occurred on September 1, 2025, within San Francisco, California. The government and pretrial services moved for detention, and the defendant waived detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court accepted the defendant's waiver and ordered the defendant must be detained pending trial in this matter. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: September 23, 2025

_____
HONORABLE SALLIE KIM
United States Magistrate Judge