JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         ana_botello@fd.org

Counsel for Defendant AMPIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYSON AMPIE,<br><br>Defendant. | **Case No.:** CR 25-70978 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

      Defendant, Tyson Ampie is currently set for a status conference on December 17, 2025 at 11:00 a.m. before the duty magistrate. Mr. Ampie is in custody and awaiting approval of submitted documents for a Rule 20 transfer of his case from the District of Wyoming to the Northern District of California. It is respectfully requested that the court reset the December 17, 2025 status conference until January 13, 2026 before the duty magistrate for a possible change of plea hearing.

      The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and the time limit extended under Fed. R. Crim. P. 5.1 so that defense counsel

can continue to prepare, including by reviewing discovery already produced. For these reasons and others, the parties stipulate and agree that excluding time until January 13, 2026 will allow for the effective preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from December 17, 2025 through January 13, 2026 from computation under the Speedy Trial Act and extending the time limit under Fed. R. Crim. P. 5.1 outweigh the best interests of the public and the defendant in a speedy trial and a preliminary hearing. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

IT IS SO STIPULATED.

December 15, 2025
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
SARA HENDERSON
Assistant United States Attorney

December 15, 2025
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ANA BOTELLO
Assistant Federal Public Defender

IT IS SO ORDERED.

December 15, 2025
Dated

THOMAS S. HIXSON
United States Magistrate Judge

STIPULATED ORDER *AMPIE*,
25-70978 MAG